**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 14−30175−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith Coleman
13705 Nashua Place
Midlothian, VA 23112

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1717

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

**NOTICE OF RESCHEDULED MEETING OF CREDITORS**
**AND HEARING ON CONFIRMATION**

**NOTICE IS HEREBY GIVEN** that the meeting of creditors in the above referenced case has been rescheduled to March 7, 2014, at 11:00 AM, and will be held at Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885.

**NOTICE IS FURTHER GIVEN** that the hearing on confirmation in the above referenced case has been rescheduled to April 2, 2014, at 09:10 AM, and will be held at Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219.

**NOTICE IS FURTHER GIVEN** that, except for the rescheduled meeting of creditors and hearing on confirmation, all other matters and dates set forth in the court's notice dated 1/15/2014 remain in full force and effect, including the deadline to file a Proof of Claim.

Dated:  February 19, 2014                              For the Court,

                                                       William C. Redden, Clerk
(VAN30A13vFeb2010.jsp)                                 United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                      Case No. 14-30175-KRH
Keith Coleman                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt              Page 1 of 1              Date Rcvd: Feb 19, 2014
                              Form ID: VAN30A            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2014.
```
db         +Keith Coleman,    13705 Nashua Place,    Midlothian, VA 23112-7618
cr         +WELLS FARGO BANK, N.A.,    BWW Law Group, LLC,    8100 Three Chopt Road,    Suite 240,
             Richmond, VA 23229-4833
12204535   +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
12167448   +Argent Federal Credit,    11651 Alliance Cir,    Chester, VA 23831-1451
12179471   +Argent Federal Credit Union,    c/o Edward S. Whitlock, III, Esq.,
             Lafayette, Ayers & Whitlock, PLC,    10160 Staples Mill Road, Suite 105,
             Glen Allen, VA 23060-3447
12167449  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
12167450   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12167451    Commonwealth of VA-Tax,    P.O. Box 2156,    Richmond, VA 23218-2156
12167452   +Edward S. Whitlock, Esquire,    Lafayette, Ayers & Whitlock,    10160 Staples Mill Rd #105,
             Glen Allen, VA 23060-3447
12167454   +Keybank Usa,    4910 Tiedman Road Client,    Cleveland, OH 44144-2338
12167447   +North & Associates, PC,    Pia J. North,    5913 Harbour Park Drive,    Midlothian, VA 23112-2163
12167457   +Reiss F. Wilks, Attorney,    4901 Cutshaw Avenue,    Richmond, VA 23230-3605
12167460  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
12167458   +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
12167459   +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
12167461   +Wells Fargo RegAgent,    Corporation Service Company,    P.O. Box 1463,    Richmond, VA 23218-1463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12188209     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2014 03:14:15
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK 73126-8941
12167453   +E-mail/Text: cio.bncmail@irs.gov Feb 20 2014 03:06:41     Internal Revenue Service,
             Insolvency Unit,    Post Office Box 7346,    Philadelphia, PA 19101-7346
12199303   +E-mail/Text: inbound_collections@keybank.com Feb 20 2014 03:07:47
             KeyBank National Association,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
12167455   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2014 03:07:22     Midland Fund,
             8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
12167456   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2014 03:07:22     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                                TOTAL: 5
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2014 at the address(es) listed below:
```
              Andrew Todd Rich    on behalf of Creditor    WELLS FARGO BANK, N.A. bkvaecfupdates@bww-law.com
              Pia J. North    on behalf of Debtor Keith  Coleman
               lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northl
               awecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth.com;North_e
               cf@Iamthewolf.co
              Robert E. Hyman    station08@ricva.net,  ecfsummary@ricva.net
                                                                                                TOTAL: 3
```