## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | Keith Coleman | ) |
| | | ) |
| | Debtor. | ) |
| | | ) |
| Address | | ) |
| | Keith Coleman | ) |
| | 13705 Nashua Place | ) |
| | Midlothian, VA 23112 | ) |
| | | ) |
| Last four digits of SSN or ITIN: | 1717 | ) |

Case No. 3:14-BK-30175-KRH
Chapter 13

### NOTICE OF MOTION TO EMPLOY SPECIAL COUNSEL

**Jason M. Krumbein, Esq.** has filed papers with this court seeking approval of employment of special counsel to avoid 2 liens- a deed of trust and a judgment lien.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>14 DAYS FROM TODAY</u>, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Jason M. Krumbein, Esq. |
| U.S. Bankruptcy Court | Krumbein Consumer Legal Services, Inc. |
| 701 E. Broad St., Suite 4000 | 5310 Markel Road, Suite 102 |
| Richmond, VA 23219 | Richmond, VA 23230 |

You must also attend a hearing to be scheduled at a later date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: August 21, 2014

/s/ Jason M. Krumbein, Esq.
5310 Markel Road, Suite 102
Richmond, VA 23230
VSBN 43538
Special Counsel for Debtor in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | **Keith Coleman** ) | |
| | ) | **Case No. 3:14-BK-30175-KRH** |
| | **Debtor.** ) | **Chapter 13** |
| | ) | |
| **Address** | ) | |
| | **Keith Coleman** ) | |
| | **13705 Nashua Place** ) | |
| | **Midlothian, VA 23112** ) | |
| | ) | |
| Last four digits of SSN or ITIN: **1717** | ) | |

_____

## MOTION TO EMPLOY SPECIAL COUNSEL

**COMES NOW**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 says as follows:

1) This motion is filed pursuant to 11 USC 30.

### JURISDICTION, VENUE, CORE PROCEEDING

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

5) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

6) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

7) Movants filed a Voluntary Petition for Relief in this court on 01/14/2014.

8)  Movant wishes to employ special counsel to prosecute a complaint to determine validity,

    priority and extent of 2 liens on real property.

9)  Counsel has agreed to represent movant if the court approves this employment.

10) Counsel is to be paid through the Chapter 13 Plan, upon approval by the court of a

    Supplemental fee application to be submitted at the completion of the action anticipated by

    this motion.

### **RELIEF REQUESTED**

Movants request that the court approve the foregoing motion for the reasons stated above.


/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this August 21, 2014, transmitted a true copy of the foregoing application electronically through the court's CM/ECF system to the Chapter 13 Trustee and US Trustee, and by regular mail to the to the Debtor and all creditors listed on the attached Service List.

| | | |
|---|---|---|
| Argent Federal Credit Union<br>c/o Edward S. Whitlock, III, Esq.<br>Lafayette, Ayers & Whitlock, PLC<br>10160 Staples Mill Road, Suite 105<br>Glen Allen, VA 23060 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 7346<br>Philadelphia, PA 19114 |
| KeyBank National Association<br>4910 Tiedeman Road<br>Brooklyn, OH 44144 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND<br>RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Department<br>3476 Stateview Blvd., MAC #D3347-014<br>Fort Mill SC 29715 |
| Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328 | Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Keith Coleman<br>13705 Nashua Place<br>Midlothian, VA 23112 |
| Robert E. Hyman, Trustee<br>BY ECF | Pia J. North, Esq.<br>Counsel for Keith Coleman<br>BY ECF | |

/s/ Jason M. Krumbein, Esq.
Special Counsel for the Debtor(s) in Bankruptcy